# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

MARIANE SANCHEZ,

    Plaintiff,

v.                                        No. 18-cv-0733 CG/SMV

MIGUEL ANGEL NOBOA AMADOR,
LA VILLA TRANSPORT, INC.,
JORGE MUNGUIA, and FNU LNU,

    Defendants.

## ORDER MANDATING THE FILING OF AN UPDATED JOINT STATUS REPORT

THIS MATTER is before the Court on a telephonic Rule 16 Scheduling Conference held on October 17, 2018. In preparation for the second Rule 16 Scheduling Conference set on April 19, 2019, the parties are ordered to file an updated Joint Status Report no later than **April 17, 2019**. The updated Joint Status Report must summarize the parties' discovery progress through April 17, 2019, including a list of the persons who have been deposed. The parties must be ready to discuss, at the April 19, 2019 Rule 16 Scheduling Conference, the possibility of a settlement conference in May or June of 2019. The parties are reminded to check the calendars of any persons they anticipate attending the settlement conference regarding their availability in May or June.

    **IT IS SO ORDERED.**

                                                                     _____
                                                                 **STEPHAN M. VIDMAR**
                                                                 **United States Magistrate Judge**