IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARIANE SANCHEZ,

    Plaintiff,

v.                                                        CV No. 18-733 CG/SMV

MIGUEL ANGEL NOBOA AMADOR, et al.,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court upon review of the record, and having conferred with counsel about a mutually-convenient date, time, and location, **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **Thursday, July 18, 2019, at 2:30 p.m.** The conference will address the scheduling and location of the trial and other significant pretrial hearings.

Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

                                            _____
                                            THE HONORABLE CARMEN E. GARZA
                                            CHIEF UNITED STATES MAGISTRATE JUDGE