# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

MARIANE SANCHEZ,

    Plaintiff,

v.                                                                                      CV No. 18-733 CG/SMV

MIGUEL ANGEL NOBOA AMADOR, et al.,

    Defendants.

## ORDER VACATING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court upon notice that the parties have settled this matter. *See* (Doc. 47). **IT IS THEREFORE ORDERED** that the Telephonic Status Conference scheduled for July 18, 2019, at 2:30 p.m. is hereby **VACATED**.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE