## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

MARIANE SANCHEZ,

    Plaintiff,

v.                                            CV No. 18-733 CG/SMV

MIGUEL ANGEL NOBOA AMADOR, et al.,

    Defendants.

## ORDER GRANTING JOINT MOTION TO DISMISS

**THIS MATTER** is before the Court on the parties' *Joint Motion to Dismiss* (Doc. 52), filed August 27, 2019. Having considered the Motion, noting it is unopposed, and being otherwise advised in the premises, the Court finds that the motion shall be granted.

**IT IS THEREFORE ORDERED** that the parties' *Joint Motion to Dismiss* (Doc. 52), is **GRANTED**, Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE